UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

SUSAN MCKENNEY,

                            Plaintiff,

                                                      ORDER
        v.                                             07-CV-584A

NATIONAL RURAL LETTER
CARRIERS ASSOCIATION, et al.,

                            Defendants.

---

        The above-referenced case was referred to Magistrate Judge H. Kenneth Schroeder, Jr., pursuant to 28 U.S.C. § 636(b)(1)(B). On March 12, 2009, Magistrate Judge Schroeder filed a Report and Recommendation, recommending that defendants' motions to dismiss be denied without prejudice.

        The Court has carefully reviewed the Report and Recommendation, the record in this case, and the pleadings and materials submitted by the parties, and no objections having been timely filed, it is hereby

        ORDERED, that pursuant to 28 U.S.C. § 636(b)(1), and for the reasons set forth in Magistrate Judge Schroeder's Report and Recommendation, defendants' motions to dismiss are denied without prejudice.

        The case is referred back to Magistrate Judge Schroeder for further proceedings.

SO ORDERED.

                                                    s/ *Richard J. Arcara*
                                                  HONORABLE RICHARD J. ARCARA
                                                  CHIEF JUDGE
DATED: April 2, 2009                      UNITED STATES DISTRICT COURT